UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN KRONA,

                      Petitioner,

     v.

SCOTT FRAKES,

                      Respondent.

Case No.   C11-686-RSL

**ORDER OF DISMISSAL**

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, respondent's Answer, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and orders as follows:

1. The Report and Recommendation is ADOPTED;

2. Petitioner's § 2254 habeas petition is DENIED and this matter is DISMISSED with prejudice;

3. Petitioner is DENIED issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of December, 2011.

                                            Robert S. Lasnik
                                            United States District Judge