UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MARVIN KRONA, | ) | |
| | ) | |
| Petitioner, | ) | Case No.   C11-686-RSL |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| SCOTT FRAKES, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court, having reviewed petitioner's 28 U.S.C. § 2254 petition for writ of habeas

corpus, respondent's Answer, the Report and Recommendation of the Honorable Brian A.

Tsuchida, United States Magistrate Judge, any objections or responses to that, and the

remaining record, finds and orders as follows:

1.      The Report and Recommendation is ADOPTED;

2.      Petitioner's § 2254 habeas petition is DENIED and this matter is DISMISSED

         with prejudice;

3.      Petitioner is DENIED issuance of a certificate of appealability; and

4.      The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 12th day of December, 2011.

_MM S Lasnik_
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL- 1